## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**3 POINT INK, LLC**,

     **Plaintiff,**

**v.**

**DEERE & CO.,**

     **Defendants.**               **No. 14-cv-401-DRH**

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on May 21, 2014 (Doc. 6), this case is **DISMISSED** with prejudice.

                       **JUSTINE FLANAGAN,**
                       **ACTING CLERK OF COURT**

                       **BY:_____/s/Caitlin Fischer_____**
                             **Deputy Clerk**

Dated:  May 23, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.23
11:29:18 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT